

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00320-CR

| | | |
|---|---|---|
| Erik White | § | From the 371st District Court |
| | § | of Tarrant County (1316391D) |
| v. | § | July 30, 2015 |
| | § | Opinion by Justice Charles Bleil |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Charles Bleil
       Justice Charles Bleil